Mary McNamara, SBN 147131
SWANSON & McNAMARA, LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94112
Phone: (415) 477-3800
Fax: (415) 477-9010

Attorney for Defendant
CANDY MILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RONNIE ADAMS, TAMMY ADAMS, <br> RED HAWK, CANDY MILLER, <br> MOSES HAWK, TOBY GEORGE, <br> ALEX MILLER, DANIELLE MILLER, <br> ANGELO MILLER, ALEX SOSENSKY, <br> BAO NGO, and RALPH KENNY, <br> Defendants. | No. CR 13-MJ-71441 MAG <br><br> **STIPULATION AND [Proposed] ORDER CONTINUING HEARING DATE** |

The Court has set July 15, 2014 at 9:30 a.m. as the date for a preliminary hearing or arraignment. The parties hereby stipulate to reset the preliminary hearing or arraignment to October 21, 2014 at 9:30 a.m., and they request that the Court extend the time limits provided by Federal Rule of Criminal Procedure 5.1(c). This extension of time is necessary for the parties to explore a possible pre-indictment resolution, to produce and review discovery, and for effective preparation of counsel.

Pursuant to Rule 5.1(d), the defendants and the government consent to the extension of time, and the parties represent that good cause exists for this extension, including the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). For the same reasons, the parties also request that the

- 1 –
STIPULATION AND [Proposed] ORDER CHANGING HEARING DATE
CR 13-MJ-71441 MAG

Court exclude from the time limits of 18 U.S.C. § 3161 the period from the date of this order through October 21, 2014. The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

    IT IS SO STIPULATED.

Dated: July 9, 2014

Melinda Haag
United States Attorney

/S/
KEVIN BARRY
Assistant United States Attorney

Dated: July 9, 2014

/S/
MICHAEL STEPANIAN
Attorney for Defendant RONNIE ADAMS

Dated: July 9, 2014

/S/
WINSTON Y. CHAN
Attorney for Defendant TAMMY ADAMS

Dated: July 9, 2014

/S/
RICHARD TAMOR
Attorney for Defendant RED HAWK

Dated: July 9, 2014

/S/
MARY McNAMARA
Attorney for Defendant CANDY MILLER

Dated: July 9, 2014

/S/
MARK VERMEULEN
Attorney for Defendant MOSES HAWK

Dated: July 9, 2014

/S/
ERIK BABCOCK
Attorney for Defendant TOBY GEORGE

Dated: July 9, 2014

/S/
ROGER D. HECHT
Attorney for Defendant DANIELLE MILLER

STIPULATION AND [Proposed] ORDER CHANGING HEARING DATE
CR 13-MJ-71441 MAG

Dated: July 9, 2014          /S/_____
                             HUGH LEVINE
                             Attorney for Defendant ANGELO MILLER

Dated: July 9, 2014          /S/_____
                             JONATHAN FRIED
                             Attorney for Defendant ALEX SOSENSKY

Dated: July 9, 2014          /S/_____
                             ERIC HAIRSTON
                             Attorney for Defendant BAO NGO

Dated: July 9, 2014          /S/_____
                             SARA RIEF
                             Attorney for Defendant RALPH KENNY

Attestation of Filer

In addition to myself, the other signatories to this document are the attorneys listed above. I attest that I have their permission to enter a conformed signature on their behalf and to file this document.

Dated: July 9, 2014          /S/_____
                             Mary McNamara
                             Attorney for Defendant CANDY MILLER

**ORDER**

For the reasons stated above, the Court sets October 21, 2014, as the date for the arraignment or preliminary hearing. The Court finds that extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from the date of this order through October 21, 2014, is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for

- 3 -
STIPULATION AND [Proposed] ORDER CHANGING HEARING DATE
CR 13-MJ-71441 MAG

effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.   18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: July 14, 2014

_____
Nandor Vadas
United States Magistrate Judge

- 4 -
STIPULATION AND [Proposed] ORDER CHANGING HEARING DATE
CR 13-MJ-71441 MAG